**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  
EARL, BRENDA L.

Case No.: 17-28130  
Chapter 7  
Judge: Jerrold N. Poslusny, Jr.

---

## NOTICE OF PROPOSED ABANDONMENT

---

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse  
401 Market Street, Second Floor  
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on November 21, 2017 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4C (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| 2109 S WINTHROP AVE, LINDENWOLD, NJ 08021-2520 | $85,000.00 | $121,560.00 | $0.00 |

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| 806 MASON RUN, PINE HILL, NJ 08021-6877 | $50,000.00 | $105,168.00 | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:           /s/ Thomas J. Subranni  
Address:        1624 Pacific Avenue, Atlantic City, NJ 08401  
Telephone No.: (609) 347-7000

*rev.8/1/15*

```
                               United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                     Case No. 17-28130-JNP
Brenda L. Earl                                                             Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 2              Date Rcvd: Oct 18, 2017
                              Form ID: pdf905              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db              Brenda L. Earl,   2109 S Winthrop Ave,    Lindenwold, NJ 08021-2520
cr             +Mason Run Condominium Association,    c/o Simeone & Raynor, LLC,    1522 Route 38,
                 Cherry Hill, nj 08002,    UNITED STATES 08002-2216
517053447      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank of America Credit Card,    PO Box 982238,
                 El Paso, TX 79998-2238)
517053448       Capital One Bank,   PO Box 30281,   Salt Lake City, UT 84130-0281
517053451       Home Depot,   PO Box 6497,   Sioux Falls, SD 57117-6497
517053453       Lending Club Corporation,   21 Stevenson St Ste 300,   San Francisco, CA 94105-2706
517053454       Mason Run Condominium Assoc,   c/o Community Management Group,    455 Larchmont Blvd Ste 14A,
                 Mount Laurel, NJ 08054-1929
517053460       Orlando, FL 32896-5036,    SYNCB/JC Penny,   PO Box 965007,   Orlando, FL 32896-5007
517053455       PNC Mortgage,   PO Box 8703,   Dayton, OH 45401-8703
517053456      +Round Point Mortgage,   5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1934
517053457      +Steven Hordis, Esquire,   1522 Route 38,    Cherry Hill, NJ 08002-2216
517053463       TD Bank USA/ Target Credit,   PO Box 673,   Minneapolis, MN 55440-0673
517053464       TD Bank USA/Target Credit,   NCC-0240,   PO Box 1470,   Minneapolis, MN 55440-1470

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2017 23:04:54     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2017 23:04:48     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517053449       E-mail/PDF: creditonebknotifications@resurgent.com Oct 18 2017 23:01:09     Credit One Bank,
                 PO Box 98872,   Las Vegas, NV 89193-8872
517053450       E-mail/Text: bnc-bluestem@quantum3group.com Oct 18 2017 23:05:33     Fingerhut,
                 6250 Ridgewood Rd,   Saint Cloud, MN 56395-2001
517053452       E-mail/Text: bnckohlsnotices@becket-lee.com Oct 18 2017 23:03:57     Kohl’s Department Store,
                 PO Box 3115,   Milwaukee, WI 53201-3115
517053458       E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 23:01:33     SYNCB/Amazon,   PO Box 965015,
                 Orlando, FL 32896-5015
517053459       E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 23:01:33     SYNCB/Care Credit,
                 PO Box 965036,   Orlando, FL 32896-5036
517053680       E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 23:01:33     SYNCB/JC Penny,   PO Box 965007,
                 Orlando, FL 32896-5007
517053619       E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 23:01:16     SYNCB/JCPenney,   PO Box 965007,
                 Orlando, FL 32896-5007
517053461       E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 23:01:16     SYNCB/Lowes,   PO Box 965005,
                 Orlando, FL 32896-5005
517053462       E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 23:01:00     SYNCB/Walmart,   PO Box 965024,
                 Orlando, FL 32896-5024
517055018      +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 23:01:16     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517053667*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:   Bank of America Credit Card,    PO Box 982238,
                 El Paso, TX 79998-2238)
517053668*      Capital One Bank,   PO Box 30281,   Salt Lake City, UT 84130-0281
517053669*      Credit One Bank,   PO Box 98872,   Las Vegas, NV 89193-8872
517053670*      Fingerhut,   6250 Ridgewood Rd,   Saint Cloud, MN 56395-2001
517053671*      Home Depot,   PO Box 6497,   Sioux Falls, SD 57117-6497
517053672*      Kohl’s Department Store,   PO Box 3115,   Milwaukee, WI 53201-3115
517053673*      Lending Club Corporation,   21 Stevenson St Ste 300,   San Francisco, CA 94105-2706
517053674*      Mason Run Condominium Assoc,   c/o Community Management Group,    455 Larchmont Blvd Ste 14A,
                 Mount Laurel, NJ 08054-1929
517053675*      PNC Mortgage,   PO Box 8703,   Dayton, OH 45401-8703
517053676*     +Round Point Mortgage,   5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1934
517053678*      SYNCB/Amazon,   PO Box 965015,   Orlando, FL 32896-5015
517053679*      SYNCB/Care Credit,   PO Box 965036,   Orlando, FL 32896-5036
517053681*      SYNCB/Lowes,   PO Box 965005,   Orlando, FL 32896-5005
517053682*      SYNCB/Walmart,   PO Box 965024,   Orlando, FL 32896-5024
517053677*     +Steven Hordis, Esquire,   1522 Route 38,    Cherry Hill, NJ 08002-2216
517053683*      TD Bank USA/ Target Credit,   PO Box 673,   Minneapolis, MN 55440-0673
517053684*      TD Bank USA/Target Credit,   NCC-0240,   PO Box 1470,   Minneapolis, MN 55440-1470
                                                                                   TOTALS: 0, * 17, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1           User: admin                Page 2 of 2             Date Rcvd: Oct 18, 2017
                               Form ID: pdf905            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              I. Dominic Simeone    on behalf of Creditor    Mason Run Condominium Association
               dsimeone@srnjlawfirm.com,   kraynor@srnjlawfirm.com
              Martin I. Isenberg    on behalf of Debtor Brenda L. Earl misenbergesq@comcast.net,
               misenbergesq@comcast.net
              Thomas J Subranni    trustee@subranni.com,
               szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
               tions.com;hinnaurato@subranni.com
              Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
               szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
               tions.com;hinnaurato@subranni.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```