**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Brenda L. Earl <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–2033 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–28130–JNP | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brenda L. Earl

12/22/17                                            **By the court:**   Jerrold N. Poslusny Jr.
                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                       Case No. 17-28130-JNP
Brenda L. Earl                                               Chapter 7
         Debtor              CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2              Date Rcvd: Dec 22, 2017
                             Form ID: 318             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2017.
db             Brenda L. Earl,    2109 S Winthrop Ave,    Lindenwold, NJ 08021-2520
cr            +Mason Run Condominium Association,    c/o Simeone & Raynor, LLC,    1522 Route 38,
               Cherry Hill, nj 08002,    UNITED STATES 08002-2216
517053453      Lending Club Corporation,    21 Stevenson St Ste 300,    San Francisco, CA 94105-2706
517053454      Mason Run Condominium Assoc,    c/o Community Management Group,    455 Larchmont Blvd Ste 14A,
               Mount Laurel, NJ 08054-1929
517053460      Orlando, FL 32896-5036,    SYNCB/JC Penny,    PO Box 965007,    Orlando, FL 32896-5007
517053455      PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
517053456     +Round Point Mortgage,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1934
517053457     +Steven Hordis, Esquire,    1522 Route 38,    Cherry Hill, NJ 08002-2216
517053464      TD Bank USA/Target Credit,    NCC-0240,    PO Box 1470,    Minneapolis, MN 55440-1470

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 22 2017 22:15:46      U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 22 2017 22:15:41      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517053447      EDI: BANKAMER.COM Dec 22 2017 21:58:00      Bank of America Credit Card,   PO Box 982238,
               El Paso, TX 79998-2238
517053448      EDI: CAPITALONE.COM Dec 22 2017 21:58:00      Capital One Bank,   PO Box 30281,
               Salt Lake City, UT 84130-0281
517053449      EDI: RCSFNBMARIN.COM Dec 22 2017 21:58:00      Credit One Bank,   PO Box 98872,
               Las Vegas, NV 89193-8872
517053450      EDI: BLUESTEM Dec 22 2017 21:58:00      Fingerhut,   6250 Ridgewood Rd,
               Saint Cloud, MN 56395-2001
517053451      EDI: CITICORP.COM Dec 22 2017 21:58:00      Home Depot,   PO Box 6497,
               Sioux Falls, SD 57117-6497
517053452      EDI: CBSKOHLS.COM Dec 22 2017 21:58:00      Kohl's Department Store,   PO Box 3115,
               Milwaukee, WI 53201-3115
517053458      EDI: RMSC.COM Dec 22 2017 21:58:00      SYNCB/Amazon,   PO Box 965015,    Orlando, FL 32896-5015
517053459      EDI: RMSC.COM Dec 22 2017 21:58:00      SYNCB/Care Credit,   PO Box 965036,
               Orlando, FL 32896-5036
517053680      EDI: RMSC.COM Dec 22 2017 21:58:00      SYNCB/JC Penny,   PO Box 965007,
               Orlando, FL 32896-5007
517053619      EDI: RMSC.COM Dec 22 2017 21:58:00      SYNCB/JCPenney,   PO Box 965007,
               Orlando, FL 32896-5007
517053461      EDI: RMSC.COM Dec 22 2017 21:58:00      SYNCB/Lowes,   PO Box 965005,    Orlando, FL 32896-5005
517053462      EDI: RMSC.COM Dec 22 2017 21:58:00      SYNCB/Walmart,   PO Box 965024,    Orlando, FL 32896-5024
517055018     +EDI: RMSC.COM Dec 22 2017 21:58:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517053463      EDI: WTRRNBANK.COM Dec 22 2017 21:58:00      TD Bank USA/ Target Credit,   PO Box 673,
               Minneapolis, MN 55440-0673
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517053667*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America Credit Card,    PO Box 982238,
               El Paso, TX 79998-2238)
517053668*     Capital One Bank,    PO Box 30281,   Salt Lake City, UT 84130-0281
517053669*     Credit One Bank,    PO Box 98872,   Las Vegas, NV 89193-8872
517053670*     Fingerhut,    6250 Ridgewood Rd,    Saint Cloud, MN 56395-2001
517053671*     Home Depot,    PO Box 6497,   Sioux Falls, SD 57117-6497
517053672*     Kohl's Department Store,    PO Box 3115,   Milwaukee, WI 53201-3115
517053673*     Lending Club Corporation,    21 Stevenson St Ste 300,    San Francisco, CA 94105-2706
517053674*     Mason Run Condominium Assoc,    c/o Community Management Group,    455 Larchmont Blvd Ste 14A,
               Mount Laurel, NJ 08054-1929
517053675*     PNC Mortgage,    PO Box 8703,   Dayton, OH 45401-8703
517053676*    +Round Point Mortgage,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1934
517053678*     SYNCB/Amazon,    PO Box 965015,   Orlando, FL 32896-5015
517053679*     SYNCB/Care Credit,    PO Box 965036,   Orlando, FL 32896-5036
517053681*     SYNCB/Lowes,    PO Box 965005,   Orlando, FL 32896-5005
517053682*     SYNCB/Walmart,    PO Box 965024,   Orlando, FL 32896-5024
517053677*    +Steven Hordis, Esquire,    1522 Route 38,    Cherry Hill, NJ 08002-2216
517053683*     TD Bank USA/ Target Credit,    PO Box 673,   Minneapolis, MN 55440-0673
517053684*     TD Bank USA/Target Credit,    NCC-0240,   PO Box 1470,    Minneapolis, MN 55440-1470
                                                                                   TOTALS: 0, * 17, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1              User: admin              Page 2 of 2              Date Rcvd: Dec 22, 2017
                                  Form ID: 318             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        I. Dominic Simeone    on behalf of Creditor    Mason Run Condominium Association dsimeone@srnjlawfirm.com, kraynor@srnjlawfirm.com
        Martin I. Isenberg    on behalf of Debtor Brenda L. Earl misenbergesq@comcast.net, misenbergesq@comcast.net
        Thomas J Subranni    trustee@subranni.com, szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com;hinnaurato@subranni.com
        Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com, szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com;hinnaurato@subranni.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                            TOTAL: 6